JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CURTIS CANNON, | Case No. EDCV 18-02661-AB (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| NEIL MCDOWELL, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 5, 2020

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE